UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

Eastern District of Kentucky
**F I L E D**

OCT 0 2 2013

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| **KIMBERLY FRANKLIN** and **TAMARA BOYD** )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>**STEVE BESHEAR, et al.** )<br>)<br>Defendants ) | CASE No. 3:13-CV-51 (GFVT)<br>*Electronically filed* |

## ORDER TO CHANGE VENUE

\* \* \* \*

The Court being sufficiently advised, this case is hereby transferred, in the interest of justice and for the convenience of the parties and witnesses pursuant to 28 USC § 1404, to the Western District of Kentucky, to be consolidated with the earlier filed and currently pending case of *Bourke, et al. v. Steve Beshear, et al.*, No. 3:13-CV-750. This transfer includes all pleadings filed to date.

It is so ordered.



Signed By:
Gregory F. Van Tatenhove
United States District Judge