UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:13-CV-946

KIMBERLY FRANKLIN, *et al.*                                                PLAINTIFFS

VS.

STEVEN BRESHEAR, *et al.*                                                  DEFENDANTWS

# ORDER OF TRANSFER

In the interest of judicial economy and to equalize the docket, this case is transferred to the docket of United States District Judge John G. Heyburn, II.  The Clerk of the Court is directed to change in the caption of the case the initial "R" to the initial "H", which shall be used on all further pleadings.

**IT IS SO ORDERED.**


cc:      Counsel

           Judge John G. Heyburn, II

           Case Manager