UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:13-CV-946-H

KIMBERLY FRANKLIN, et al.                                          PLAINTIFFS

V.

STEVEN BRESHEAR, et al.                                            DEFENDANTS

**ORDER**

    This case having been previously transferred to this Court and the claims herein having been asserted in another similar case, and being otherwise sufficiently advised,

    IT IS HEREBY ORDERED that the claims herein are DISMISSED WITHOUT PREJUDICE.

cc:    Counsel of Record